## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| BAR K RANCH, LLC; MICHAEL WALSH; FRED WALSH, and EILEEN WHITE, | Cause No. CV 19-6-BU-BMM<br>Hon. Brian Morris |
| Plaintiffs, | |
| vs. | |
| UNITED STATES OF AMERICA; STATE OF MONTANA; et al., | **[PROPOSED]<br>ORDER TO VACATE ORDER** |
| Defendants. | |

**IT IS HEREBY ORDERED THAT**, based upon the Plaintiffs' unopposed motion and good cause appearing, the previous Order of this Court dated June 21 and its established deadlines are VACATED.

DATED this 18th day of July, 2019.

_____
Brian Morris
United States District Court Judge