# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BAR K RANCH, LLC; MICHAEL WALSH; FRED WALSH, and EILEEN WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; STATE OF MONTANA; U.S. BUREAU OF LAND MANAGEMENT; U.S. FOREST SERVICE; MONTANA DEPARTMENT OF FISH, WILDLIFE & PARKS; MADISON COUNTY COMMISSION; MONTANA DEPARTMENT OF NATURAL RESOURCES & CONSERVATION; IMERYS TALC AMERICA, INC., f/k/a LUZENAC AMERICA, INC., a Delaware Corporation; and WALSH EUGENE CARTER BYPASS TRUST,<br><br>Defendants. | CV 19-6-BU-BMM<br><br><br><br>ORDER |

The United States of America, the Montana Department of Natural Resources & Conservation, and the Montana Department of Fish, Wildlife & Parks have filed an unopposed motion to appear by telephone or video-teleconference at

1

the motions hearing scheduled for August 24, 2020 at 1:30 p.m. For good cause shown,

IT IS HEREBY ORDERED that the motion is granted. The motion hearing will be held by Zoom. The Court will contact the parties with the Zoom connection information.

**DATED** this 21st day of August, 2020.

_____
Brian Morris, Chief District Judge
United States District Court