IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| BAR K RANCH, LLC; MICHAEL WALSH; FRED WALSH, and EILEEN WHITE,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; STATE OF MONTANA; U.S. BUREAU OF LAND MANAGEMENT; U.S. FOREST SERVICE; MONTANA DEPARTMENT OF FISH, WILDLIFE & PARKS; MADISON COUNTY COMMISSION; MONTANA DEPARTMENT OF NATURAL RESOURCES & CONSERVATION; IMERYS TALC AMERICA, INC., f/k/a LUZENAC AMERICA, INC., a Delaware Corporation; and WALSH EUGENE CARTER BYPASS TRUST,<br><br>Defendants. | CV 19-6-BU-BMM<br><br>ORDER |

The United States, the Montana Department of Natural Resources and Conservation, and Montana Fish, Wildlife & Parks have filed a joint unopposed

motion for extension of time to respond to Plaintiffs' three partial summary judgment motions (Docs. 80, 85, and 91).  Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED.  The current deadlines are extended by two weeks and are set forth as follows:

| | |
|---|---|
| Response to Doc. 80: | January 12, 2021 |
| Response to Doc. 85: | January 18, 2021 |
| Response to Doc. 91: | January 19, 2021 |

Plaintiffs will file their reply briefs within 14 days of each response.

Dated this 21st day of December, 2020.

_____
Brian Morris, Chief District Judge
United States District Court